**Willie OLIVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 77951.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 27, 2001.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, MO, Attorneys for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before MOONEY, P.J. and SIMON and SULLIVAN, JJ.

## ORDER

PER CURIAM.

Willie Oliver (Movant) appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).